UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Banita Brandise Saffore, | File No. 21-cv-02743 (ECT/JFD) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Federal Bureau of Prison and Warden Starr, *Executive Staff*, | |
| Respondents. | |

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on January 12, 2022.  ECF No. 4.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**;

2. To the extent Petitioner Banita Brandise Saffore challenges her sentence, the Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction;

3. In all other respects, the Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**; and

4. Petitioner's application to proceed *in forma pauperis* [ECF No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 4, 2022       s/ Eric C. Tostrud
                              Eric C. Tostrud
                              United States District Court